1  **SARA M. PELOQUIN**
   California State Bar No.  Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Ayon-Cortez

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08MJ0053-POR
   |                                   )
12 |          Plaintiff,               )
   |                                   )
13 | v.                                )
   |                                   ) **NOTICE OF APPEARANCE**
14 | **ENRIQUE AYON-CORTEZ,**          )
   |                                   )
15 |          Defendant.               )
   |                                   )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                         Respectfully submitted,

22 Dated: January 10, 2008               /s/  *Sara Peloquin*
                                         **SARA M. PELOQUIN**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Mr. Ayon-Cortez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 10, 2008

/s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Sara_Peloquin@fd.org