FILED

2008 FEB -5 PM 12:16

CLERK U.S. ...
SOUTHERN DISTRICT OF CALIFORNIA

BY \_\_\_\_KNH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0283 IEG |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ENRIQUE AYON-CORTEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about January 6, 2008, within the Southern District of California, defendant ENRIQUE AYON-CORTEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

CJB:nlv:San Diego
2/4/08

It is further alleged that defendant ENRIQUE AYON-CORTEZ, was removed from the United States subsequent to June 21, 2004.

DATED: February 5, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CARLA J. BRESSLER
Assistant U.S. Attorney