1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:    (619) 687-2666
michelle_betancourt@fd.org
5

6  Attorneys for Defendant Mr. Ayon-Cortez

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE IRMA E. GONZALEZ)**

11  UNITED STATES OF AMERICA,           )   Case No. 08CR0283-IEG
                                        )
12          Plaintiff,                  )
                                        )
13  v.                                  )
                                        )   **NOTICE OF APPEARANCE**
14  **ENRIQUE AYON-CORTEZ**,            )
                                        )
15          Defendant.                  )
                                        )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-chair

19  attorney in the above-captioned case.

20                                          Respectfully submitted,

21  Dated: February 11, 2008                 s/ *Michelle Betancourt*
                                             **MICHELLE BETANCOURT**
22                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Defendant
23                                           michelle_betancourt@fd.org

24

25

26

27

28