1  **SARA M. PELOQUIN**
California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467, ext. 3716
4  sara_peloquin@fd.org

5  Attorneys for Mr. Ayon-Cortez

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0283-IEG |
| 12 Plaintiff, | ) | DATE: April 7, 2008 |
|  | ) | TIME: 2:00 P.M. |
| 13 v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND |
| 14 **ENRIQUE AYON-CORTEZ,** | ) | MOTIONS TO: |
| 15 Defendant. | ) | 1) DISMISS THE INDICTMENT; |
|  | ) | 2) SUPPRESS STATEMENTS; AND |
| 16 | ) | 3) LEAVE TO FILE FURTHER MOTIONS |

18  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       JOSEPH ORABONO, ASSISTANT UNITED STATES ATTORNEY:

20  **PLEASE TAKE NOTICE** that on April 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may

21  be heard, Mr. Enrique Ayon-Cortez, by and through his counsel, Sara Peloquin and Federal Defenders of

22  San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

23  //
24  //
25  //
26  //
27  //
28  //

08CR0283-IEG

1

## MOTIONS

2   Mr. Enrique Ayon-Cortez, by and through his attorneys, Sara Peloquin, and Federal Defenders of
3   San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed.
4   R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court
5   for an order to:

6   1) Dismiss the Indictment;

7   2) Suppress Statements;

8   3) Grant leave to file further motions.

9   These motions are based upon the instant motions and notice of motions, the attached statement of
10  facts and memorandum of points and authorities, and any and all other materials that may come to this
11  Court's attention at the time of the hearing on these motions.

12
                                                Respectfully submitted,
13

14  Dated: March 25, 2008                       */s/ Sara M. Peloquin*
                                                **SARA M. PELOQUIN**
15                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Ayon-Cortez

16

17

18

19

20

21

22

23

24

25

26

27

28