1  SARA M. PELOQUIN
   California Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: sara_peloquin@fd.org

5  Attorneys for Mr. Enrique Ayon-Cortez

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                   **(HONORABLE IRMA E. GONZALEZ)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0283-IEG |
|---|---|---|
| Plaintiff, | ) | Date: April 7, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| ENRIQUE AYON-CORTEZ, | ) | **DECLARATION OF ENRIQUE AYON-CORTEZ** |
| Defendant. | ) | |

I, Enrique Ayon-Cortez, declare the following to be true, under penalty of perjury:

1. I am the accused in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. On January 6, 2008, at about noon, I was walking alone along Highway 94.

3. I encountered Border Patrol Agents in green uniforms. To my recollection there was more than one agent.

4. I stood still and the agents came toward me.

5. When they surrounded me I did not feel free to leave.

//
//

6. The agents who arrested me did not tell me that I had a right to remain silent, to refuse to answer questions or to have a lawyer present.

7. I felt compelled to answer their questions.

I so declare this 24 day of March, 2008, in San Diego, California.

_____
ENRIQUE AYON-CORTEZ, Declarant