MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

USA  VS  Ayon-Cortez

X  Plaintiff    x  Defendant    ___ Court    Type of Hearing: Motion Hearing

Case Number: 08cr0283 IEG

| NO. | IDENT. | EVID. | Govt Exhibits | Govt Witnesses |
|---|---|---|---|---|
|  |  |  |  |  |
| 1 | May 29, 2008 | May 29, 2008 | Photograph - Highway 94 | Russell Baisley, USBP |
| 2 | May 29, 2008 | May 29, 2008 | Photograph - Rush's Notch and Old Highway | Dennis Lamboy USBP |
| 3 | May 29, 2008 | May 29, 2008 | Photograph - Old Highway 94 (with BPA Veh) |  |
| 4 | May 29, 2008 | May 29, 2008 | Photograph - Border Fence |  |

| No. | IDENT. | EVID. | Defendant Exhibits |
|---|---|---|---|
|  |  |  |  |
| A | May 29, 2008 | May 29, 2008 | Photo of Old Highway Road |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

U.S.A.    VS    De Leon-Godinez

___ Plaintiff   ___ Defendant   ___ Court   Type of Hearing: Bench Trial

Case Number: 06cr2504 JM

| NO. | IDENT. | EVID. | | WITNESSES | | |
|---|---|---|---|---|---|---|
| | | | | Plt | Def | Name: |
| | | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |