# EXHIBIT A

(Curriculum Vitae of Dr. Jacqueline Stevens)

JACQUELINE STEVENS
LAW AND SOCIETY PROGRAM
UNIVERSITY OF CALIFORNIA AT SANTA BARBARA
SANTA BARBARA, CA 93106-4015
jstevens@lawso.ucsb.edu
(805) 893-7477
(805) 637-4696 (cell)

**current employment**

2006    Associate Professor, Law and Society Program, University of California at Santa Barbara

**books, edited volumes, museum installation**

2008    "States without Nations: Citizenship for Mortals," monograph under review at Columbia University Press, New Directions in Critical Theory series. Editor Amy Allen.

2006    Reshaping Justice: International Law and the Third World. Co-edited with Richard Falk and Balakrishnan Rajagopal. *Third World Quarterly* 27 (5), special issue.

Republished as *International Law and the Third World* with new Introduction, 2 additional chapters. New York, London: Routledge-Cavendish, 2008.

2004    agoraXchange. http://www.agoraxchange.net. Co-designer, sole author of theory texts. Commissioned by British Tate Museum. New interface launched on May 15, 2008.

2001    *Devleti Yeniden Uretmek.* (Reproducing the State, tr. Abdullah Yilmaz). Istanbul: Ayrinti Press.

1999    *Reproducing the State.* Princeton: Princeton University Press, 1999.

**articles, chapters, essays**

2008a    "Groups that Kill Other Groups and Risk Violent Death." In *Democracy in Crisis: Violence, Alterity, Community.* Ed. Stella Gaon. Manchester: Manchester University Press, forthcoming.

2008b    "The Feasibility of Government Oversight for NIH-Funded Population Genetics Research." In *Revisiting Race in a Genomic Age.* Ed. Barbara Koenig, Sandra Soo-Jin Lee. New Brunswick: Rutgers University Press, forthcoming.

2008c    "Biotech Patronage and the Making of Homo DNA." In *Tactical Biopolitics: Art, Activism and Technoscience.* Edited by Beatriz Da Costa & Kavita Philip. Cambridge, MA: MIT University Press.

2006a    "Recreating the State." *Third World Quarterly* 27: 755-767, reprinted in *International Law and the Third World*, 2008.

2006b    "Sigmund Freud and International Law." *Journal of Law, Culture, and the Humanities* 2: 201-217.

2005a    "Pregnancy Envy and the Politics of Compensatory Masculinities."*Gender and Politics* 1: 265-296.

2005b    "Drzave Bez Nacija, Reproduciranje Drzave Bez Nacija" (Bosnian), from "States without Nations," (typescript), tr. and and interview by Edin Hasdarpasic. *STATUS*.

2005c    "Methods of Adoption: Eliminating Genetic Privilege." In *Adoption Matters: Feminist and Philosophical Essays*. Ed. Sally Haslanger and Charlotte Witt. Ithaca: Cornell University Press, 2005.

2004/5    "Legal Aesthetics of the Family and Nation: agoraXchange and Notes toward Re-imaging the Future." *New York Law School Law Review* 49 (2004/05): 317-352.

2004    "The Politics of LGBQT Scholarship." *GLQ*, 10: 220-226.

2003a    "Racial Meanings and Scientific Methods: Changing Policies for NIH-sponsored Publications Reporting Human Variation." *Journal of Health Policy, Politics and Law* 28: 1033-1098.

2003b    "On the Morals Of Genealogy." *Political Theory* 31: 558-588.

2002    "Symbolic Matter: DNA and Other Linguistic Stuff." *Social Text* 20: 106-140.

2001/2    "Wissenschaftliche Zügellosigkeit und künstlerische Manipulation." Tr. B. Richard. *Kunstforum International* 157: 340-360.

1998a    "The Uses and Disadvantages of Feminist Political Theory," review essay, *Political Theory* 26 (5): 727-47.

1998b    "Race and the State: Male Order Brides and the Geographies of Race," *Theory & Event* 2.2.

1997    "On the Marriage Question." In *Women Question Politics*. Ed. Cathy Cohen, Kathleen Jones, Joan Tronto. New York: New York University Press, 1997: 62-83.

1997    "Ideology and Social Structure: A Review Article," *Comparative Studies in Social History* 39 (2): 401-409.

1996    "The Reasonableness of John Locke's Majority: Property Rights, Consent, and Resistance in the Second Treatise," *Political Theory* 24 (3): 424-463.

1995    "Beyond Tocqueville, Please!" *American Political Science Review.* 987-990.

1993    "Leviticus in America: The Politics of Sex Crimes," *Journal of Political Philosophy* 1 (2): 105-36.

1992    Entries on Susan Griffin, Catharine MacKinnon, Ayn Rand for *The Dictionary of 19th*

*and 20th Century Political Thinkers*. Ed. Philip Green and Robert Benewick. London: Routledge and Kegan Paul, 1992: 83, 140-141, 190-191.

**exhibits for agoraXchange**
7e edition du Festival HTMlles, Montreal, May 18-21, 2005; Entermediale Festival, Prague, May 2005; Freewaves Festival, Los Angeles, November 10, 2004; Banaram, Acona, Italy, July 6-11, 2004; VIPER Festival, Basel, November 2004; Neuro, Munich, February 26-29 2004; Rotterdam International Film Festival, January 30, 2004.

**previous employment**

2003-2006    Assistant Professor, Law and Society Program, University of California at Santa Barbara

2002-2004    Visiting Assistant Professor, Istanbul Bilgi University and Boğazici University

1999-2002    Johnson Visiting Assistant Professor, Department of Politics, Pomona College

1998-1999    Visiting Assistant Professor, Graduate Faculty, Department of Political Science, New School for Social Research

1997-1999    Robert Wood Johnson Health Policy Scholar, Yale University

1993-1999    Assistant Professor, Department of Political Science and Women's Studies, University of Michigan, Ann Arbor

**education**

1993    PhD. Department of Political Science, University of California at Berkeley. The Politics of Identity: From Property to Empathy (doctoral dissertation, University of California at Berkeley). Committee: Hanna Pitkin (Chair), Michael Rogin, Jeremy Waldron.

1985    Masters. Department of Political Science, University of California at Berkeley.

1984    A.B. with highest honors, cum laude. Smith College, Northampton.

**languages**
German, Spanish, and conversational Turkish

**prizes, grants, and fellowships**
2007    University of California at Santa Barbara. ISBER research grant for "A Study of Assassination."

| 2007 | University of California at Santa Barbara. Instructional Development. Grant for Law and Politics course game.  Principal Investigator. |
| 2006 | University of California at Santa Barbara. Interdisciplinary Humanities Center. |
| 2005 | University of California Humanities Research Center. Game, Culture, and Technology Lab Workshop. |
| 2005-2006 | University of California at Santa Barbara Academic Senate Supplemental Research Grant for Junior Faculty. |
| 2004 | Bilbao International Festival of New Technology, Best Project of Net Technology (with Natalie Bookchin for agoraXchange) |
| 1997-1999 | Robert Wood Johnson Foundation, Scholar in Health Policy, Yale University |
| 1997-1998 | Fulbright (Croatia) (declined) |
| 1996 | Goethe Institute, Prien Germany |
| 1986-1987 | Women's Research and Education Institute Congressional Fellowship, United States House Judiciary Subcommittee on Civil and Constitutional Rights, Washington, D.C. |
| 1984-1985 | John Braden Graduate Fellowship. University of California at Berkeley, Department of Political Science |
| 1984 | Smith College Government Department Prize |
| 1984 | Phi Beta Kappa |

**affiliations**

| 2006 to present | Research Associate, Game Culture and Technology Lab, University of California at Irvine. |
| 2002-2005 | Visiting Scholar, Center for Advanced Social Science Research, New York University.  Summers. |
| 2001-2002. | Visiting Scholar, Center for Feminist Research,  University of Southern California |

**media interviews**

2008          Story on ICE detention and deportation of US citizens., television
              interview, KEYT News, aired week of June 16.

              Story on ICE detention and deportation of US citizens, television
              interview, KSUN News, aired week of June 23.

              25 minute interview on ICE detention and deportation of US citizens,
              radio, KCLU, "Crosstalk," July 8.

**other publications**

2008          "Thin ICE," *The Nation*, June 22.

2005          "Eve is from Adam's Rib, the Earth is Flat, and Race Comes from Genes"
              invited contribution, Social Science Research Council,
              www.raceandgenomics.org: 10 pages.

2003a         "The Politics of the Political Science for American Foreign Policy."
              *Turkish Foreign Policy*, published in Turkish translation (May): 50-55.

2003b         "Post-Nationale Staaten." Tr. Krystian Woznicki, *Berliner Gazetter*, 9
              April, http://www.berlinergazette.de (10 pages).

2003c         "States without Nations." *etc. Special Issue, Peace* (Germany). Nicholas
              Bourquin, Sven Ehmann, Krystian Woznicki (eds.) color broadsheet,
              limited edition.

              Occasional essays have appeared in *Salon.com, East Bay Express,* the
              *Chicago Reader* and *The Nation.*

**reviews**

*A Politics of the Ordinary*, by Tom Dumm. *Political Theory* 29 (2001): 898-901.

*Tolerance and Community,* by Glenn Tinder. *Journal of Politics* 59 (1997): 277-279.

*Discourses of Power: From Hobbes to Foucault*, by Barry Hindess. *American Political Science
    Review* 90 (1996): 892.

*Collected Works*, by Edith Stein. *Village Voice* (June 19, 1989).

*Toward a Feminist Theory of the State*, by Catharine MacKinnon. *Village Voice* (October 1989).

*Women, Culture, and Politics,* by Angela Davis. *The Nation* (February 27, 1989).

**papers and presentations**

"Reanalyzing Civil War: New Directions in Political Science," Chapman College, Department of
Political Science and Peace Studies, September 10, 2007.

"Outlawing Illegality: The Possibility of Free Citizens," Chapman College, Global Studies
Colloquium, undergraduate lecture, September 10, 2007.

"The Political Science of Love and Death," annual meetings of the American Political Science
Association, Chicago, August 29 – September 3, 2007.

agoraXchange. Digital Arts Research Network, annual epicenter meetings, January 27-28,
University of California, Riverside.

Abolishing Marriage," Annual Meetings of the Foucault Society, New York University.
February 6-7, 2006.

"Digital Games and Political Theory." Crossroads: International Cultural Studies Conference,
Bilgi University, Istanbul. July 20 to 24, 2006.

"Property, Citizenship and Governance." Association for the Study of Law, Culture, and the
Humanities, Syracuse University. March 17-18, 2006.

"Recreating the State." Center for Law and Philosophy Symposium, Columbia Law School.
March 21, 2006.

"Reproducing the State and agoraXchange," Cardozo School of Law, March 20, 2006.

"The Uses and Abuses of John Locke in U.S. Arguments about Property Rights." Conference on
Takings. University of California at Santa Barbara, May 12 to 13, 2006.

"The Feasibility of an NIH Committee on Population Genetics Health Publications." Revisiting
Race in a Global Age Symposium, Stanford University. January 9 to 10, 2006.

agoraXchange presentations: Center for Information, Technology, and Society, University of
California at Santa Barbara, November 9, 2006; Entermediale Festival, Prague, May 2005;
*DASH* New Media Workshop, Ljudmilla, Ljubljana. March 20, 2005; VIPER Festival, Basel,
November 2004; State of Play II, New York Law School, New York City, October 29, 2004;
Neuro, Munich, February 26-29 2004; Rotterdam International Film Festival, January 30,
2004; Center for Art and Culture and the Media Center, Sarajevo, January 21, 2004;
MultiMedia Institute, Zagreb, January 20, 2004; CyberPipe, Ljubljana, Janaury 19, 2004.

"Empathy and Social Science Research in the 1950s and 1960s", Scripps College Humanities
Institute, Claremont. March 31, 2005.

"A Critical Reading of 'Contracts', a play by Justin Deabler." Law, Culture and Humanities Association Annual Meeting, Austin, March 2005.

"Sociobiology and Political Theories of the State." Bogazici University, Istanbul, November 10, 2004.

"Inheritance and Heteronormativity" American Political Science Annual Meetings, Chicago, September 2-5, 2004.

"States without Nations," Law and Society Association Annual Meetings, Chicago, Renaissance Center, May 27- 30, 2004.

"Symbolic Matter: Deconstructing/Reconstructing DNA and Race," Stanford University Center for Bioethical Research, March 4, 2004.

"The Law of the Father and the Politics of Genes and Sperm." Western Political Science Association Annual Meetings, Portland, Oregon, March 10-March 13, 2004.

agoraXchange (presented with Natalie Bookchin). Dis/Simulations of War and Peace: Predicting, Prophesyizing, and Preempting the Future after 9/11, InfoTech War and Peace Project at the Watson Institute, Brown University, June 6, 2003.

CitizensDilemma (presented with Natalie Bookchin). UserMode Conference, British National Tate Museum, London, May 9, 2003; Transmediale Electronic Arts Festival, Berlin, February 1-5, 2003.

"Human DNA Diversity Research: Useful Knowledge or the Next Racist Error?" New York University Museum Studies Program, April 26, 2002.

"The Tragedy of Birth," University of Southern California Center for Feminist Research, February 27, 2002.

"Marriage and Citizenship." Annual meetings of the American Studies Association, Renaissance Hotel, Washington, D.C., November 8 – 11, 2001.

"Why I was Not Born a Political Scientist." Annual meetings of the American Political Science Association, San Francisco, CA Hilton Hotel, August 30 – September 2, 2001.

"On the Morals of Genealogy." Annual meetings of the Western Political Science Association, Las Vegas, NV, Alexandria Park Hotel, March 14 – March 17, 2001.

"The *Ecclesiasuzae* and the Birth of Comedy." Annual Meetings of the Modern Language Association, Washington, D.C. December 27 - 29, 2000.

"Political Science, Race and the Human Genome Project." Presented at the Nations and Nationalism Workshop, University of Chicago, October 25, 2000 and at the annual meetings of the American Political Science Association, Atlanta, Hilton Towers, September 2 to 5, 1999.

"Political Sciences and Symbolic Matter: DNA and Other Linguistic Stuff." Annual meetings of the American Political Science Association, Washington, D.C., Marriott Hotel, August 30 to September 3, 2000.

"I Promise, I Do, I Lie: Paradoxes of Queer Performativity." University of California at San Diego, February 10, 2000.

"Race, Political Science, and the Human Genome Project." Annual meetings of the American Political Science Association, Atlanta, Hilton Towers, September 2 to 5, 1999.

"Race, the Human Genome Project, and Health Policy." Annual meetings of the Robert Wood Johnson Foundation Health Policy Scholars Program, the Aspen Institute, Aspen, June 2 to 6, 1999.

"Race and the Human Genome Project: The Missing Link." Annual Conference on Human Evolution, Cold Spring Harbor, April 20 to 25, 1999.

"On the Class Question." Special session of the Feminist Political Theory Workshop at the Annual meetings of the Western Political Science Association, Seattle, March 20 to 23, 1999.

"Theories and Practices of Representation in the U.S. House of Representatives, 1790 to present." The Brennan Center for Justice, New York University, October 2, 1998.

"The Mutant Caucasian Gene," Robert Wood Johnson Foundation, Health Policy Scholars Program, the Aspen Institute, May 26, 1998.

"Mrs. Ida Macalpine and the Tragedy of Birth: How Freud put Oedipus' Foot in his Mouth." Presented to the CLAGS Workshop Series, CUNY, January 22, 1997 and to the Women's Studies Workshop, Yale University, January 27, 1998.

"Male-Order Brides and the Geographies of Race." Annual meetings of the American Political Science Association, Washington, D.C., Sheraton Inn, August 28 to September 1, 1997.

"What Do Hegel's Lord and Bondsman Look Like When they Leave the Bedroom?" Annual meetings of the Midwestern Political Science Association, San Francisco, Hilton, August 28 to 31, 1997.

"The Phenomenology of Race." International Symposium for Research on Race, University of Michigan, Ann Arbor, October, 1996.

"On the Marriage Question," Annual meetings of the American Political Science Association, Chicago, Hilton Towers, August 31 to September 3, 1995.

"Dialectics of the Authentic, the Legitimate, and the Counterfeit: Notes on the Forging of Sexual Identities." Gay/Lesbian/Queer Knowledge and Identities for the 90s Conference, University of California at San Diego, January 20 to 21, 1995.

"W.E.B. DuBois and Conundrums of the 'Color Line'," Annual Meetings of the Midwest Political Science Association, Palmer House, Chicago, 4/14 to 17 1994.

"Beyond Tocqueville, Please!" Midwest Political Science Association Annual Meetings, Palmer House, Chicago, April 14 to 17, 1994.

"Feminist Standpoint Theory and the Problem of False Consciousness." American Political Science Association Annual Meetings, Washington, D.C., September, 1994.

"Locke and the Problem of Modern Property Rights." University of Chicago Workshop on the History of Political Thought, April 15, 1993.

"The Gift Economy, Pregnancy Envy, and Mrs. Ida Macalpine," Annual Meetings of the Western Political Science Association, Hilton, San Francisco, April, 1992.

"Men Loving Men...Raping Women?: Sexual Politics of Michel Foucault and Catharine MacKinnon." Annual Meetings of the American Political Science Association, San Francisco, Hilton, September, 1990.

"Empathy, the Self, and Politics," presented at the annual meetings of the American Political Science Association, Atlanta, September, 1989.

**professional service**
President, American Political Science Association LGBT Caucus, 2000-2001.

Section Chair, American Political Science Association, LGBT Caucus, 1999-2000.

Appointed member, American Political Science Association Status Committee on LGBTs in the Profession, 1996-1999.

Reviewed manuscripts for *American Political Science Review, Cultural Anthropology, Gender and Politics, Journal Of International Feminism, Journal of Law, Culture, and the Humanities, Journal of Political Science, Journal of Politics, Journal of Health Policy, Politics and Law, Political Theory, Signs.*

Current Member: American Political Science Association, Western Political Science Association, Association for Law, Culture, and the Humanities.

**REFERENCES AVAILABLE UPON REQUEST**