**INDEX OF EXHIBITS**

<u>United States v. Enrique Ayon-Cortez</u>

08CR0283-IEG

**Page**

(Exhibit A) Curriculum Vitae of Dr. Jacqueline Stevens ............................... 1

(Exhibit B) Article THE NATION/Thin Ice ........................................ 11