UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 08CR0283-IEG |
| | ) |
| v. | ) |
| | ) CERTIFICATE OF SERVICE |
| FRANCISCO KELLY-PALMER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>Stewart Young, Assistant United States Attorney
>880 Front Street
>San Diego, CA  92101

Dated:  September 15, 2008

>/s/ Sara M. Peloquin
>**SARA M. PELOQUIN**
>Federal Defenders
>225 Broadway, Suite 900
>San Diego, CA 92101-5030
>(619) 234-8467  (tel)
>(619) 687-2666  (fax)
>Email: sara_peloquin@fd.org